The relief described hereinbelow is SO ORDERED

Done this 24th day of January, 2017.



**William R. Sawyer**
**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re:
CARL DAVID GERMAN                    Chapter   13
SERENA L GERMAN                      Case No. 11-80929
  Debtor(s)

**ORDER DIRECTING PAYMENT OF FUNDS TO CLAIMANT**

Upon consideration of the Application for Unclaimed Funds filed on January 3, 2017 (Doc. 53), it is hereby

**ORDERED** that the Clerk of the United States Bankruptcy Court is directed to submit to the United States District Court, Middle District of Alabama, a voucher for payment of $246.38 to the claimant at the following address:

.
                Dilks & Knopik, LLC
                as Assignee to United Credit
                Recovery, LLC
                35308 SE Center St.
                Snoqualmie, WA  98065

###END OF ORDER###

c:Debtor
  Debtor's Attorney
  Chapter 13 Trustee
  U.S. Attorney
  Angie Wade, 5224 West SR 46, Suite 319, Sanford, FL 32771
  Dilks & Knopik, LLC, 35308 SE Center St., Snoqualmie, WA 98065

Submitted by:
Janet Clark